IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| JACK COOPER VENTURES, INC., *et al.*,[1] | : | CASE NO. 19-62393 (PWB) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF
CREDITORS HOLDING UNSECURED CLAIMS**

Pursuant to 11 U.S.C. Section 1102(a), the United States Trustee for Region 21 hereby appoints the creditors listed on the attached Exhibit "A" to serve on the Committee of Creditors Holding Unsecured Claims in the above-captioned case.

NANCY J. GARGULA
UNITED STATES TRUSTEE

*/s/ Thomas W. Dworschak*
THOMAS W. DWORSCHAK
Georgia Bar No. 236380
United States Department of Justice
Office of the United States Trustee
Suite 362, Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia   30303
(404) 331-4437, ext. 145
Thomas.w.Dworschak@usdoj.gov

---

1 The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Jack Cooper Ventures, Inc. (0805); Jack Cooper Diversified, LLC (9414); Jack Cooper Enterprises, Inc. (3001); Jack Cooper Holdings Corp. (2446); Jack Cooper Transport Company, Inc. (3030); Auto Handling Corporation (4011); CTEMS, LLC (7725); Jack Cooper Logistics, LLC (3433); Auto & Boat Relocation Services, LLC (9095); Axis Logistic Services, Inc. (2904); Jack Cooper CT Services, Inc. (3523); Jack Cooper Rail and Shuttle, Inc. (7801); Jack Cooper Investments, Inc. (6894); North American Auto Transportation Corp. (8293); Jack Cooper Transport Canada Inc. (8666); Jack Cooper Canada GP 1 Inc. (7030); Jack Cooper Canada GP 2 Inc. (2373); Jack Cooper Canada 1 Limited Partnership (3439); and Jack Cooper Canada 2 Limited Partnership (7839). The location of the Debtors' corporate headquarters and service address is: 630 Kennesaw Due West Road NW, Kennesaw, Georgia 30152.

# EXHIBIT A

**Central States, Southeast and Southwest Areas Pension Fund**, represented by their General Counsel
    Brad R. Berliner, Deputy General Counsel, Central States Funds
    Andrew J. Herink, Associate General Counsel
    8647 W. Higgins Rd.
    Chicago, IL 60631
    Phone: 847.939.2458
    Fax: 847.518.9797
    Email: bberliner@centralstatesfunds.org

**Teamsters National Automobile Transporters Industry Negotiating Committee (TNATINC)**, represented by The Previant Law Firm
    Sara G. Geenen
    Attorney
    The Previant Law Firm, s.c.
    310 W. Wisconsin Ave.    Suite 100 MW
    Milwaukee, WI 53203
    Direct   414.223.0402
    sjg@previant.com

**U.S. Bank National Association**, represented by Loeb & Loeb LLP
    Walter H. Curchack
    345 Park Avenue
    New York, NY 10154
    Direct Dial: 212.407.4861
    Fax: 212.504.8058
    wcurchack@loeb.com

**Selland Auto Transport**, represented by Schwabe, Williamson & Wyatt, PC
    Lisa Schaures
    Schwabe, Williamson & Wyatt, PC
    1420 5th Avenue South    Suite 3400
    Seattle, WA   98101
    206-622-1711
    LSchaures@SCHWABE.com

**Harrison Shaw,** represented by Fletcher Van Gilder, LLP
>Rachel Guin
>Fletcher Van Gilder, LLP
>436 East Wayne Street
>Fort Wayne, IN   46802
>(260) 425-9777
>Fax (260) 424-9177
>Guin@fvglaw.com

## CERTIFICATE OF SERVICE

This is to certify that I have on August 19, 2017, electronically filed the foregoing Appointment and Notice of Appointment of Committee of Creditors Holding Unsecured Claims using the Bankruptcy Court's Electronic Case Filing program, and served as followed by electronic mail:

nbaczkow@centralstatesfunds.org;
BBERLINE@centralstatesfunds.org;
mypension@pbgc.gov;
BMcCloskey@560benefitfunds.com;
michael@710hwp.org;
Nancy.jameson@kidder.com;
AISupport@hsba.com;
pension@teamsterfunds.com;
arremittance@corcentric.com;
steve.miller@pilottravelcenters.com;
documents@tjc83funds.net;
USFleetCredit@bfusa.com;
neelykevin@bfusa.com;
comments@loves.com;
mwilliams@clclodging.com;
cameron.kurek@conti-na.com;
lynn@centralPAteamsters.com;
twoodham@cottrelltrailers.com;
jduncan@robinson-park.com;
msilva@peterpaulrealestate.com;

service@e.imperialsupplies.com
guin@fvglaw.com
charlie.liu@morganlewis.com
sjg@previant.com
wcurchack@loeb.com
LSchaures@SCHWABE.com
jweber@paulweiss.com
landy.ralph@pbgc.gov
kcarlson@carlsondash.com
aray@swlawfirm.com
bbaker@kslaw.com
sborders@kslaw.com
kstine@bakerdonelson.com
Adam.Harris@srz.com
Lucy.Kweskin@srz.com
Gregory.Leonard@srz.com
tmeyers@kilpatricktownsend.com
cbernardino@kilpatricktownsend.com

>*/s/ Thomas W. Dworschak*