**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JACK COOPER VENTURES, INC., *et al.*,[1] | ) | Case No. 19-62393 (PWB) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF ADJOURNMENT OF HEARING**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1.  A hearing on the following motions (collectively, the "Motions") was originally scheduled to be heard on August 27, 2019 at 10:00 a.m. local time in Atlanta, Georgia:

    a.  *Cash Management Motion*. Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue Using the Cash Management System and (B) Maintain Existing Bank Accounts and Business Forms, (II) Authorizing Continued Intercompany Transactions, (III) Granting Administrative Expense Status to Intercompany Claims, and (IV) Granting Related Relief. [Docket No. 9]. The Court entered an order on August 8, 2019 granting interim relief on this motion. [Docket No. 68]

    b.  *Tax Motion*. Debtors' Motion for Entry of Interim and Final Orders Authorizing the Payment of Certain Prepetition Taxes and Fees. [Docket No. 10]. The Court entered an order on August 8, 2019 granting interim relief on this motion. [Docket No. 60]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Jack Cooper Ventures, Inc. (0805); Jack Cooper Diversified, LLC (9414); Jack Cooper Enterprises, Inc. (3001); Jack Cooper Holdings Corp. (2446); Jack Cooper Transport Company, Inc. (3030); Auto Handling Corporation (4011); CTEMS, LLC (7725); Jack Cooper Logistics, LLC (3433); Auto & Boat Relocation Services, LLC (9095); Axis Logistic Services, Inc. (2904); Jack Cooper CT Services, Inc. (3523); Jack Cooper Rail and Shuttle, Inc. (7801); Jack Cooper Investments, Inc. (6894); North American Auto Transportation Corp. (8293); Jack Cooper Transport Canada Inc. (8666); Jack Cooper Canada GP 1 Inc. (7030); Jack Cooper Canada GP 2 Inc. (2373); Jack Cooper Canada 1 Limited Partnership (3439); and Jack Cooper Canada 2 Limited Partnership (7839). The location of the Debtors' corporate headquarters and service address is: 630 Kennesaw Due West Road NW, Kennesaw, Georgia 30152.

c.      *Insurance Motion*.  Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Continue Insurance Coverage Entered Into Prepetition and Satisfy Prepetition Obligations Related Thereto, (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies, (III) Honor the Terms of the Premium Financing Agreements and Pay Premiums Thereunder, (IV) Enter Into New Premium Financing Agreements in the Ordinary Couse of Business, and (V) Granting Related Relief. [Docket No. 11]. The Court entered an order on August 8, 2019 granting interim relief on this motion. [Docket No. 61]

d.      *Surety Bond Motion*.  Debtors' Motion for Entry of Interim and Final Orders Authorizing (I) the Debtors to Continue to Renew the Surety Bond Program and (II) Granting Related Relief.  [Docket No. 12]. The Court entered an order on August 8, 2019 granting interim relief on this motion. [Docket No. 63]

e.      *Customer Programs Motion*.  Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Maintain and Continue Customer Programs and Honor Certain Prepetition Obligations Related Thereto, and (II) Granting Related Relief. [Docket No. 16]. The Court entered an order on August 8, 2019 granting interim relief on this motion. [Docket No. 64]

f.      *Equity Trading Motion*.  Debtors' Motion for Entry of Interim and Final Orders Approving Notification and Hearing Procedures for Certain Transfers of and Declarations of Worthlessness with Respect to Common Stock.  [Docket No. 13]. The Court entered an order on August 9, 2019 granting interim relief on this motion. [Docket No. 76]

g.      *Critical Vendors Motion.* Debtors' Motion for Entry of Interim and Final Orders I) Authorizing (A) the Debtors to Pay Certain Prepetition Claims of Trade and Lien Claimants and (B) Procedures related Thereto, and (II) Granting Related Relief [Docket No. 14]. The Court entered an order on August 8, 2019 granting interim relief on this motion. [Docket No. 65]

h.      *Wages Motion.*  Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to (I) Pay Certain Prepetition Wages, Salaries, Other Compensation, and Reimbursable Employee Expenses and (II) Continue Employee Benefits. [Docket No. 17]. The Court entered an order on August 8, 2019 granting interim relief on this motion. [Docket No. 66]

i.      *Bid Procedures Motion*.  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter into and Perform under the Stalking Horse Asset Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors' Assets, (III) Approving the Expense Reimbursement, (IV) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (V) Scheduling Bid Deadlines and an Auction, (VI) Approving the Form and Manner of Notice Thereof, (VII) Approving Contract Assumption and Assignment Procedures, and (VIII) Granting Related Relief (the "Motion") [Docket No. 21]

      j.      *CBA Term Sheet Assumption Motion*. Debtors' Motion for Entry of an Order Authorizing the Debtors to Assume CBA Term Sheet. [Docket No. 118]

2.      Your rights may be affected by the court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the court to grant the relief sought in these pleadings or if you want the court to consider your views, then you and/or your attorney must attend the hearing.

3.      **The hearing on the Motions has been adjourned to September 3, 2019 at 1:00 p.m. in Courtroom 1401, United States Bankruptcy Court for the Northern District of Georgia, Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303.**

4.      **The objection deadline will be extended for one party, the Official Committee of Unsecured Creditors appointed in the above-captioned chapter 11 case, to 2:00 p.m. local time in Atlanta, Georgia on August 30, 2019.**

[*Remainder of page intentionally left blank*]

Dated: August 26, 2019
      Atlanta, Georgia

                              */s/ Sarah R. Borders*
Sarah R. Borders
Georgia Bar No. 610649
Leia Clement Shermohammed
Georgia Bar No. 972711
Britney Baker
Georgia Bar No. 625752
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Email: sborders@kslaw.com
Email: lshermohammed@kslaw.com
Email: bbaker@kslaw.com

-and-

Kelley A. Cornish (admitted *pro hac vice*)
New York Bar No. 1930767
Brian S. Hermann (admitted *pro hac vice*)
New York Bar No. 2810232
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: kcornish@paulweiss.com
Email: bhermann@paulweiss.com

*Proposed Counsel for the Debtors in Possession*