**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JACK COOPER VENTURES, INC., *et al.*,[1] | ) | Case No. 19-62393 (PWB) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR THE HEARING ON OCTOBER 11, 2019 AT 10:00 A.M.**

| | |
|---|---|
| Time and Date of Hearing: | October 11, 2019 at 10:00 a.m. (prevailing Eastern) |
| Location of Hearing: | The Honorable Paul W. Bonapfel<br>United States Bankruptcy Court for the<br>Northern District of Georgia<br>Richard B. Russell Federal Building and<br>United States Courthouse<br>75 Ted Turner Drive, SW<br>Atlanta, Georgia 30303 |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at www.ganb.uscourts.gov and the website of the Debtors' claims and noticing agent, at https://cases.primeclerk.com/jackcooper/. Further information may be obtained by calling Prime Clerk toll free at (844) 234-1463, or (917) 994-8409. |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Jack Cooper Ventures, Inc. (0805); Jack Cooper Diversified, LLC (9414); Jack Cooper Enterprises, Inc. (3001); Jack Cooper Holdings Corp. (2446); Jack Cooper Transport Company, Inc. (3030); Auto Handling Corporation (4011); CTEMS, LLC (7725); Jack Cooper Logistics, LLC (3433); Auto & Boat Relocation Services, LLC (9095); Axis Logistic Services, Inc. (2904); Jack Cooper CT Services, Inc. (3523); Jack Cooper Rail and Shuttle, Inc. (7801); Jack Cooper Investments, Inc. (6894); North American Auto Transportation Corp. (8293); Jack Cooper Transport Canada Inc. (8666); Jack Cooper Canada GP 1 Inc. (7030); Jack Cooper Canada GP 2 Inc. (2373); Jack Cooper Canada 1 Limited Partnership (3439); and Jack Cooper Canada 2 Limited Partnership (7839). The location of the Debtors' corporate headquarters and service address is: 630 Kennesaw Due West Road NW, Kennesaw, Georgia 30152.

## I. Uncontested Matters

1. ***Motion to Enter into Pension Plan Agreement and Release***.  Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to Enter into the Pension Plan Agreement and Release [Docket No. 319]

    Response Deadline: October 8, 2019 at 4:00 p.m. (prevailing Eastern Time).

    Responses Filed: None.

    Related Document:

    A. Debtors' Emergency Motion for an Order Shortening Notice and Scheduling Expedited Hearing on Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to Enter into the Pension Plan Agreement and Release [Docket No. 320]

    B. Order Shortening Notice and Scheduling Hearing on Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to Enter into the Pension Plan Agreement and Release [Docket No. 323]

    C. Certificate of Service [Docket No. 344]

    D. Notice of Adjournment [Docket No. 353]

    E. Notice of Filing of Modified Proposed Order Authorizing the Debtors to Enter into the Pension Plan Agreement and Release [Docket No. 363]

    Status: This Motion is going forward on an uncontested basis.

2. ***Sale Motion.***  Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Enter Into and Perform under the Stalking Horse Asset Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors' Assets, (III) Approving the Expense Reimbursement, (IV) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (V) Scheduling Bid Deadlines and an Auction, (VI) Approving the Form and Manner of Notice Thereof, (VII) Approving Contract Assumption and Assignment Procedures, and (VIII) Granting Related Relief [Docket No. 21]

    Response Deadline: October 2, 2019 at 5:00 p.m. (prevailing Eastern Time).  Extended to October 4, 2019 at 5:00 p.m. (prevailing Eastern Time) for the Official Committee of Unsecured Creditors.

Responses Filed:

A. Limited Objection of Surety to Stalking Horse APA [Docket No. 317]

B. Objection to Proposed Cure Costs filed by New York, Susquehanna and Western Railway Corporation [Docket No. 321]

C. Wayne City Property LLC's Reservation of Rights and Limited Objection to Approval of Sale, Assumption and Assignment of Lease, and Proposed Cure Payment [Docket No. 331]

D. Selland Auto Transport, Inc.'s Limited Objection to Debtor's Proposed Assumption and Assignment of Lease for Real Property Located at 615 South 96th Street, Seattle, Washington and Proposed Cure Amounts Regarding Same [Docket No. 333]

E. Protective Objection of Stonebriar Commercial Finance to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 335]

F. Objection of Cigna Entities to Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 337]

G. Limited Objection of General Motors, LLC to Debtors' Proposed Assumption and Assignment of Executory Contacts [Docket No. 338]

H. Response of Glovis America, Inc. to Proposed Assumption of Executory Contracts [Docket No. 339]

I. Debtors' Omnibus Reply in Support of Entry of the Order (I) Approving the Sale of the Acquired Assets Free and Clear of Claims, Liens and Encumbrances; (II) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Docket No. 362]

Related Document:

J. Certificate of Service re Bidding Procedure Motion [Docket No. 45]

K. Notice of Filing of Asset Purchase Agreement [Docket No. 157]

L. Certificate of Service re Notice of Filing of Asset Purchase Agreement. [Docket No. 164]

M. Order (I) Authorizing the Debtors to Enter Into and Perform under the Stalking Horse Asset Purchase Agreement, (II) Approving Bidding Procedures for the Sale of the Debtors' Assets, (III) Approving the Expense Reimbursement, (IV) Scheduling Hearings and Objection Deadlines with Respect to the Sale, (V) Scheduling Bid Deadlines and an Auction, (VI) Approving the Form and Manner of Notice Thereof, (VII) Approving Contract Assumption and Assignment Procedures, and (VIII) Granting Related Relief [Docket No. 224]

N. Certificate of Service re Bidding Procedures Order [Docket No. 254]

O. Certificate of Service re Notice of Auction of Sale of the Debtors' Assets [Docket No. 262]

P. Certificate of Publication [Docket No. 264]

Q. Notice to Contract Parties to Potentially Assumed Executory Contacts and Unexpired Leases [Docket No. 298]

R. Supplemental Certificate of Service re Notice of Auction for the Sale of the Debtors' Assets [Docket No. 303]

S. Certificate of Service re Notice to Contract Parties to Potentially Assumed Executory Contacts and Unexpired Leases [Docket No. 311]

T. Notice of No Auction [Docket No. 332]

U. Supplemental Certificate of Service re Notice of Auction [Docket No. 342]

V. Notice of Adjournment [Docket No. 353]

W. Amended Notice to Contract Parties to Potentially Assumed Executory Contracts and Unexpired Leases [Docket No. 364]

<u>Status</u>: This Motion is going forward on an uncontested basis.

[*Remainder of page intentionally left blank.*]

Dated: October 10, 2019
       Atlanta, Georgia

*/s/ Sarah R. Borders*
Sarah R. Borders
Georgia Bar No. 610649
Leia Clement Shermohammed
Georgia Bar No. 972711
Britney Baker
Georgia Bar No. 625752
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Email: sborders@kslaw.com
Email: lshermohammed@kslaw.com
Email: bbaker@kslaw.com

-and-

Kelley A. Cornish (admitted *pro hac vice*)
New York Bar No. 1930767
Brian S. Hermann (admitted *pro hac vice*)
New York Bar No. 2810232
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: kcornish@paulweiss.com
Email: bhermann@paulweiss.com

*Counsel for the Debtors in Possession*