**IT IS ORDERED as set forth below:**



**Date: December 9, 2019**

_____
**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JACK COOPER VENTURES, INC., *et al.*,[1] | ) | Case No. 19-62393 (PWB) |
| | ) | |
| Debtors. | ) | |
| | ) | |

### ORDER (I) DISMISSING THE
### DEBTORS' CHAPTER 11 CASES, AND (II) GRANTING RELATED RELIEF

This matter is before the Court on the *Debtors' Request for Entry of an Order Dismissing the Debtors' Chapter 11 Cases* (this "Request").[2]  The Court has considered the Request and the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Jack Cooper Ventures, Inc. (0805); Jack Cooper Diversified, LLC (9414); Jack Cooper Enterprises, Inc. (3001); Jack Cooper Holdings Corp. (2446); Jack Cooper Transport Company, Inc. (3030); Auto Handling Corporation (4011); CTEMS, LLC (7725); Jack Cooper Logistics, LLC (3433); Auto & Boat Relocation Services, LLC (9095); Axis Logistic Services, Inc. (2904); Jack Cooper CT Services, Inc. (3523); Jack Cooper Rail and Shuttle, Inc. (7801); Jack Cooper Investments, Inc. (6894); North American Auto Transportation Corp. (8293); Jack Cooper Transport Canada, Inc. (8666); Jack Cooper Canada GP 1 Inc. (7030); Jack Cooper Canada GP 2 Inc. (2373); Jack Cooper Canada 1 Limited Partnership (3439); and Jack Cooper Canada 2 Limited Partnership (7839). The location of the Debtors' corporate headquarters and service address is: 630 Kennesaw Due West Road NW, Kennesaw, Georgia 30152.

[2] All capitalized terms used but not defined herein shall have the meanings given to them in the Request.

35836069

other matters reflected in the record. It appears that the Court has jurisdiction over this proceeding; that this is a core proceeding; that the relief sought in the Request is in the best interests of the Debtors, their estates, and their creditors; and that good and sufficient cause exists for such relief.

Accordingly, it is hereby ORDERED as follows:

1. The Request is GRANTED as set forth herein.

2. The Debtors' chapter 11 cases are hereby DISMISSED.

3. As soon as reasonably practicable, without the need for further action on the part of this Court and without the need for further corporate action or action of the boards of directors of the Debtors, to the extent not previously dissolved, the Debtors shall be entitled to seek dissolution pursuant to applicable state law. The Debtors are authorized to execute and file on their behalf all documents necessary and proper to effectuate and consummate their dissolution in accordance with the laws of the states in which they are formed.

4. Effective immediately upon the entry of this order, the Committee shall dissolve and the members thereof shall be released and discharged from all rights and duties arising from, or related to, the chapter 11 cases.

5. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or relating to the implementation of this or any other order of this Court entered in these chapter 11 cases to hear and determine all matters arising from the implementation of this order.

6. Notwithstanding section 349 of the Bankruptcy Code, all prior orders of this Court entered in these chapter 11 cases shall remain in full force and effect and shall survive the dismissal of these chapter 11 cases.

7. As the Order Regarding Dismissal was served on all creditors and parties-in-interest, the Debtors shall serve this order on only those parties that have requested notice pursuant to Bankruptcy Rule 2002 and who receive such notice via ECF.

8. The Debtors are hereby authorized and empowered to take any and all steps necessary and appropriate to effectuate the terms of this order.

END OF DOCUMENT

Prepared and presented by:

*/s/ Sarah R. Borders*
Sarah R. Borders
Georgia Bar No. 610649
Leia Clement Shermohammed
Georgia Bar No. 972711
Britney Baker
Georgia Bar No. 625752
**KING & SPALDING LLP**
1180 Peachtree Street NE
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Email: sborders@kslaw.com
Email:  lshermohammed@kslaw.com
Email: bbaker@kslaw.com

-and-

Kelley A. Cornish (admitted *pro hac vice*)
New York Bar No. 1930767
Brian S. Hermann (admitted *pro hac vice*)
New York Bar No. 2810232
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Email: kcornish@paulweiss.com
Email: bhermann@paulweiss.com

*Counsel for the Debtors in Possession*